# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Northrop Grumman Corporation | )   ASBCA No. 61287 |
| | ) |
| Under Contract No. H95001-10-D-0001 | ) |

APPEARANCES FOR THE APPELLANT:     Thomas A. Lemmer, Esq.
                                   K. Tyler Thomas, Esq.
                                     Dentons US LLP
                                     Denver, CO

APPEARANCES FOR THE GOVERNMENT:    E. Michael Chiaparas, Esq.
                                     DCMA Chief Trial Attorney
                                   Robert L. Duecaster, Esq.
                                     Trial Attorney
                                     Defense Contract Management Agency
                                     Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 3 April 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61287, Appeal of Northrop Grumman Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals